[No. 3746–1–III. Division Three. June 18, 1981.]

PATRICK H. KENNEDY, *Respondent,* v. SUNDOWN SPEED MARINE, INC., ET AL, *Defendants,* VOLVO PENTA OF AMERICA, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 79–2–00292–2, Robert S. Day, J., entered September 6, 1979. *Reversed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.

[No. 3883–1–III. Division Three. June 18, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MARY N. WALLACE, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 73195, James B. Mitchell, J., entered March 14, 1980. *Affirmed in part* and *remanded* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.

[No. 3935–8–III. Division Three. June 23, 1981.]

HARRY MARCH, ET AL, *Appellants,* v. PERRY HANKINS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Franklin County, No. 24476, Fred R. Staples, J., entered April 7, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.